Sheldon A. Vogel, New York City (Bigham, Englar, Jones & Houston, New York City, on the brief), for respondents-appellees.

Before LUMBARD, Chief Judge, WATERMAN and LEWIS,* Circuit Judges.

PER CURIAM.

The judgment is affirmed on the opinion of Judge Moore, 182 F.Supp. 258.

UNITED STATES of America, Appellee,

v.

Santiago DEFILLO, Appellant.

No. 256, Docket 25950.

United States Court of Appeals Second Circuit.

Argued March 11, 1960.

Decided March 17, 1960.

Santiago Defillo appeals from an order denying his second motion under 28 U.S.C. § 2255 to vacate his conviction and sentence for violating the federal narcotics laws, affirmed 2 Cir., 257 F.2d 835, certiorari denied Defillo v. United States, 359 U.S. 915, 79 S.Ct. 591, 3 L.Ed. 2d 577. Judge Kaufman's earlier opinion denying appellant's first motion is reported in D.C.S.D.N.Y., 166 F.Supp. 627.

Santiago Defillo, pro se.

David Klingsberg, Asst. U. S. Atty., S.D.N.Y., New York City (S. Hazard Gillespie, Jr., U. S. Atty., and Louis T. Gallo, Asst. U. S. Atty., New York City, on the brief), for appellee.

* Sitting by Designation.

** Of the Tenth Circuit, sitting by designation.

Before CLARK, WATERMAN, and LEWIS,** Circuit Judges.

PER CURIAM.

Affirmed on the opinion of District Judge Kaufman, June 30, 1959, 182 F. Supp. 782.

CAR AND GENERAL INSURANCE CORP., Ltd., Plaintiff-Appellee,

v.

Jack GOLDSTEIN, Defendant-Appellant, and

Myra Goldstein, an infant, by her Guardian ad Litem, Frances Goldstein, Defendants.

No. 317, Docket 26074.

United States Court of Appeals Second Circuit.

Argued May 4, 1960.

Decided May 4, 1960.

Dominic J. Cornella, New York City, for plaintiff-appellee.

Eugene L. Sugarman, New York City (Irwin L. Dickman and Sugarman, Kuttner & Fuss, New York City, on the brief), for defendant-appellant.

Before LUMBARD, Chief Judge, MEDINA, Circuit Judge and JAMESON, District Judge.***

PER CURIAM.

We affirm in open court the decision of Judge Metzner reported at D.C.S.D. N.Y.1959, 179 F.Supp. 888.

*** Sitting by Designation.